Stephen J. Sirianni (WSBA #6957)  Hon. Salvador Mendoza Jr.
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA #26478)
Sirianni Youtz Spoonemore Hamburger
701 Fifth Avenue, Suite 2560
Seattle, WA 98104
Tel. (206) 223-0303
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| EMPIRE HEALTH FOUNDATION, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHS/COMMUNITY HEALTH SYSTEMS INC., a Delaware corporation, et al.,<br><br>Defendants. | NO. 2:17-cv-00209-SMJ<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS<br><br>Hearing: September 14, 2017<br>With Oral Argument: 1:30 p.m. |

This matter came before the Court of Defendants' Motion to Dismiss. The Court has considered:

- the Defendants' Motion (ECF No. 13);
- the Declaration of Anthony Todaro dated July 10, 2017 and all attachments to that declaration (ECF No. 14, 14-1 to 14-9);
- Plaintiff's Opposition to Defendants' Motion;

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS – 1
[Case No. 2:17-cv-00209-SMJ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

- the Declaration of Eleanor Hamburger dated July 31, 2017 and all attachments to that declaration; and
- Defendants' Reply briefing, if any.

The Court has also considered the other pleadings and records on file and oral argument by the parties' counsel on September 14, 2017, and:

_____

_____

Based upon the foregoing, the Court hereby DENIES Defendants' Motion to Dismiss with prejudice.

DATED this _____ day of _____, 2017.

                                    _____
                                    SALVADOR MENDOZA JR.
                                    United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER

 */s/ Richard E. Spoonemore*
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA #26478)
701 Fifth Avenue, Suite 2560
Seattle, WA  98104
Tel.: (206) 223-0303; Fax (206) 223-0246
Email:  rspoonemore@sylaw.com
        ehamburger@sylaw.com
Attorneys for Plaintiff

[PROPOSED] ORDER DENYING DEFENDANTS'
MOTION TO DISMISS – 2
[Case No. 2:17-cv-00209-SMJ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303   FAX (206) 223-0246

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies the following recipients of electronic notice:

- **Eleanor Hamburger**
  ehamburger@sylaw.com, matt@sylaw.com, theresa@sylaw.com

- **Stellman Keehnel**
  stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

- **Stephen John Sirianni**
  ssirianni@sylaw.com, matt@sylaw.com, theresa@sylaw.com

- **Richard E Spoonemore**
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, theresa@sylaw.com

- **Anthony Todaro**
  anthony.todaro@dlapiper.com, karen.hansen@dlapiper.com, patsy.howson@dlapiper.com

DATED: July 31, 2017, at Seattle, Washington.

*/s/ Richard E. Spoonemore*
Richard E. Spoonemore (WSBA #21833)

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS – 3
[Case No. 2:17-cv-00209-SMJ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303  FAX (206) 223-0246