FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMPIRE HEALTH FOUNDATION, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHS/COMMUNITY HEALTH SYSTEMS INC., a Delaware corporation; SPOKANE WASHINGTON HOSPITAL COMPANY LLC, a Delaware limited liability company; and SPOKANE VALLEY WASHINGTON HOSPITAL COMPANY LLC, a Delaware limited liability company,<br><br>Defendants. | No. 2:17-CV-00209-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: The parties' Stipulated Motion for Protective Order, **ECF No. 55**, is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' proposed Stipulated Protective Order, **ECF No. 55-1**, as supplemented by **ECF No. 55**, is **APPROVED** and **INCORPORATED** in this Order by reference.

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 1

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of November 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 2