Anthony Todaro, WSBA No. 30391
Lianna Bash, WSBA No. 52598
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Telephone: 206.839.4800

HONORABLE SALVADOR MENDOZA, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| EMPIRE HEALTH FOUNDATION, a Washington nonprofit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHS/COMMUNITY HEALTH SYSTEMS INC., a Delaware corporation; CHS WASHINGTON HOLDINGS, LLC, a Delaware limited liability company; SPOKANE WASHINGTON HOSPITAL COMPANY, LLC, a Delaware limited liability company; and SPOKANE VALLEY WASHINGTON HOSPITAL COMPANY, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | No. 2:17-cv-00209-SMJ<br><br>**NOTICE OF SETTLEMENT**<br><br>- CLERK'S ACTION REQUIRED - |

　　　Plaintiff Empire Health Foundation and Defendants CHS/Community Health Systems Inc., CHS Washington Holdings, LLC, Spokane Washington Hospital Company, LLC, and Spokane Valley Washington Hospital Company, LLC, submit this notice to inform the Court that they have reached an agreement to settle this litigation, subject to formal codification of the agreement in a long-form settlement agreement. The parties respectfully request that the Court vacate

the trial date set for September 3, 2019. The parties intend to file a notice of dismissal within seven days after the parties execute a long-form settlement agreement and fulfill conditions set forth in the settlement agreement.

      Respectfully submitted this 23rd day of August, 2019.

*s/ Richard E. Spoonemore*
Richard E. Spoonemore, WSBA No. 21833
Ele Hamburger, WSBA No. 26478
Ann E. Merryfield, WSBA No. 14456
Daniel S. Gross, WSBA No. 23992
SIRIANNI YOUTZ SPOONEMORE
  HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: 206.223.0303
E-mail: rick@sylaw.com
E-mail: ele@sylaw.com
E-mail: ann@sylaw.com
E-mail: daniel@sylaw.com

*Attorneys for Plaintiff*

AND

*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
Lianna Bash, WSBA No. 52598
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Telephone: 206.839.4800
E-mail: anthony.todaro@dlapiper.com
E-mail: lianna.bash@dlapiper.com

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

2  I hereby certify that on August 23, 2019, I electronically filed the foregoing
3 with the Clerk of the Court using the CM/ECF system, which in turn
4 automatically generated a Notice of Electronic Filing (NEF) to all parties in the
5 case who are registered users of the CM/ECF system. The NEF for the foregoing
6 specifically identifies recipients of electronic notice. I hereby certify that I have
7 mailed by United States Postal Service the document to the following non-
8 CM/ECF participants: NONE.

9  Dated this 23rd day of August, 2019.

10

11  *s/ Anthony Todaro*
 Anthony Todaro, WSBA No. 30391

12

13

14 WEST\287553147.1