Richard E. Spoonemore (WSBA #21833)  
Eleanor Hamburger (WSBA #26478)  
Sirianni Youtz Spoonemore Hamburger PLLC  
3101 Western Avenue, Suite 350  
Seattle, WA 98121  
Tel. (206) 223-0303  
Attorneys for Plaintiff

Hon. Salvador Mendoza Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| EMPIRE HEALTH FOUNDATION, a Washington nonprofit corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHS/COMMUNITY HEALTH SYSTEMS INC., a Delaware corporation, et al.,<br><br>　　　　　　Defendants. | NO. 2:17-cv-00209-SMJ<br><br>**STATUS REPORT REGARDING SETTLEMENT** |

On August 23, 2019 the Parties jointly informed the Court that they had reached an agreement to settle this litigation, subject to formal codification in a long-form agreement. ECF No. 253. In response, the Court struck the scheduled trial, and all motions and other deadlines, and ordered that the Parties file "an appropriate motion to dismiss or a status report by September 23, 2019." ECF No. 254. This pleading is filed in response to that Order.

By way of a status report, the Parties hereby inform the Court that the attorneys have arrived at an agreed long-form agreement. That agreement is

STATUS REPORT REGARDING SETTLEMENT – 1  
[Case No. 2:17-cv-00209-SMJ]

undergoing a final review by their respective clients. The Parties anticipate that the agreement will be executed at some point over the next week, and therefore respectfully request that the Court continue its request for a dismissal or status report to October 1, 2019.

DATED: September 23, 2019.

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

*/s/ Richard E. Spoonemore*
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA #26478)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel.: (206) 223-0303
Email: rspoonemore@sylaw.com
ehamburger@sylaw.com
Attorneys for Plaintiff
Empire Health Foundation

DLA PIPER LLC

*/s/ Anthony Todaro*
Anthony Todaro (WSBA #30391)
Lianna Bash (WSBA #52598)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104
Tel.: (206) 839-4800
Email: anthony.todaro@dlapiper.com
lianna.bash@dlapiper.com
Attorneys for Defendants

STATUS REPORT REGARDING SETTLEMENT – 2
[Case No. 2:17-cv-00209-SMJ]

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2019, I electronically filed the foregoing with the clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED: September 23, 2019, at Seattle, Washington.

          */s/ Richard E. Spoonemore*
          Richard E. Spoonemore (WSBA #21833)
          Email: rspoonemore@sylaw.com

STATUS REPORT REGARDING SETTLEMENT – 3
[Case No. 2:17-cv-00209-SMJ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246