Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA #26478)
Sirianni Youtz Spoonemore Hamburger PLLC
3101 Western Avenue, Suite 350
Seattle, WA  98121
Tel. (206) 223-0303
Attorneys for Plaintiff

Hon. Salvador Mendoza Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| EMPIRE HEALTH FOUNDATION, a Washington nonprofit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHS/COMMUNITY HEALTH SYSTEMS INC., a Delaware corporation, et al.,<br><br>　　　　　　　Defendants. | NO. 2:17-cv-00209-SMJ<br><br>**SECOND STATUS REPORT REGARDING SETTLEMENT** |

By way of a status report, the Parties hereby inform the Court the long-form settlement agreement has been fully executed by the parties. As the agreement will provide certain benefits to the community, Empire Health Foundation is in the process of setting up the infrastructure necessary to interface with the public once the agreement is publicly announced.  Other implementation issues are likewise being worked out by CHS prior to a public announcement.  For these reasons, the agreement should not be publicly released until October 8, 2019.  As such, the

SECOND STATUS REPORT REGARDING SETTLEMENT – 1
[Case No. 2:17-cv-00209-SMJ]

Sirianni Youtz
Spoonemore Hamburger pllc
3101 Western Avenue, Suite 350
Seattle, Washington  98121
Tel. (206) 223-0303   Fax (206) 223-0246

Parties ask that the Court continue the filing of a full status report on the agreement, and the anticipated dismissal of this action, to October 8, 2019.

DATED: October 1, 2019.

    SIRIANNI YOUTZ
    SPOONEMORE HAMBURGER PLLC

    */s/ Richard E. Spoonemore*
    Richard E. Spoonemore (WSBA #21833)
    Eleanor Hamburger (WSBA #26478)
    3101 Western Avenue, Suite 350
    Seattle, WA 98121
    Tel.: (206) 223-0303
    Email: rspoonemore@sylaw.com
          ehamburger@sylaw.com
    Attorneys for Plaintiff
    Empire Health Foundation

    DLA PIPER LLC

    */s/ Anthony Todaro*
    Anthony Todaro (WSBA #30391)
    Lianna Bash (WSBA #52598)
    701 Fifth Avenue, Suite 6900
    Seattle, WA 98104
    Tel.: (206) 839-4800
    Email: anthony.todaro@dlapiper.com
          lianna.bash@dlapiper.com
    Attorneys for Defendants

SECOND STATUS REPORT REGARDING SETTLEMENT – 2
[Case No. 2:17-cv-00209-SMJ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, I electronically filed the foregoing with the clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED: October 1, 2019, at Seattle, Washington.

      */s/ Richard E. Spoonemore*
Richard E. Spoonemore (WSBA #21833)
Email: rspoonemore@sylaw.com

SECOND STATUS REPORT REGARDING SETTLEMENT – 3
[Case No. 2:17-cv-00209-SMJ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246